**IT IS ORDERED as set forth below:**



**Date: April 16, 2018**

_Wendy L. Hagenau_
Wendy L. Hagenau
U.S. Bankruptcy Court Judge

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE:

ROBERT MICHAEL JONES        :        CHAPTER 13
                            :
Debtor.                     :        CASE NO.: 16-63129-WLH
                            :

### CONSENT ORDER GRANTING DEBTOR'S MOTION TO EXCUSE PLAN PAYMENTS FOR JANUARY 2018, FEBRUARY 2018 AND MARCH 2018

On February 20, 2018, Debtor filed a "Motion to Excuse Plan Payments for January 2018, February 2018 and March 2018" (the "Motion") (Doc. No. 60) and set the hearing on the Motion for April 4, 2018.

Debtor and the Chapter 13 Trustee have reached an agreement that Debtor's Motion shall be granted with a $7,215.00 reduction in the Chapter 13 Plan base and Chapter 13 Plan payments shall resume in April 2018, _provided, however_, beginning with the April 2018 Chapter 13 plan payment Debtor's Chapter 13 Plan payments shall be on a strict compliance basis for twelve (12) months and Debtor shall (i) promptly file an

amended budget upon obtaining any new employment or income and (ii) modify the Chapter 13 Plan within thirty (30) days of the entry of this Order to cure any term issue.

[END OF DOCUMENT]

Prepared by:

___/s/_____
Howard Slomka, Esq.
Georgia Bar No. 652875
Slipakoff and Slomka, PC
2859 Paces Ferry Rd, SE
17th Floor
Atlanta, GA 30339
Attorney for the Debtor

Consented to by:

___/s/_____
Ryan Williams, Esq.
Georgia Bar No. 940874
Staff Attorney
Nancy J Whaley Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

## DISTRIBUTION LIST

Nancy J Whaley
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Robert Michael Jones
5458 Mountain View Pass
Stone Mountain, GA 30087


SEE ATTACHED FOR ADDITIONAL CREDITORS

```
Label Matrix for local noticing          Bank of America, N.A c/o Prober & Raphael, A   Bank of America, N.A.
113E-1                                   20750 Ventura Blvd, Suite 100                  c/o Carrington Mortgage Services, LLC
Case 16-63129-wlh                        Woodland Hills, Ca 91364-6207                  1600 South Douglass Road
Northern District of Georgia                                                            Anaheim, CA 92806-5948
Atlanta
Thu Apr 12 13:31:50 EDT 2018

Carrington Mortgage Se                   Eagle Accounts Group I                         Erc
1600 S Douglass Rd Ste 2                 7510 S. Madison Avenue                         8014 Bayberry Rd
Anaheim, CA 92806-5951                   Indianapolis, IN 46227-5510                    Jacksonville, FL 32256-7412


(p)GEORGIA DEPARTMENT OF REVENUE         Homeside Properties                            I C System Inc
COMPLIANCE DIVISION                      2555 Westside Parkway                          Po Box 64378
ARCS BANKRUPTCY                          Suite 600                                      Saint Paul, MN 55164-0378
1800 CENTURY BLVD NE SUITE 9100          Alpharetta, GA 30004-4191
ATLANTA GA 30345-3202


Imc Credit Services                      Internal Revenue Service                       Jana C Jones
6955 Hillsdale Ct                        PO Box 7346                                    4140 John Alden Court
Indianapolis, IN 46250-2054              Philadelphia, PA 19101-7346                    Stone Mountain, GA 30083-4719


(p)JEFFERSON CAPITAL SYSTEMS LLC         Robert Michael Jones                           Richard J Joseph
PO BOX 7999                              5458 Mountain View Pass                        Lazega & Johanson LLC
SAINT CLOUD MN 56302-7999                Stone Mountain, GA 30087-6032                  PO Box 250800
                                                                                        Atlanta, GA 30325-1600


Maria C. Joyner                          Nationwide Recovery Sv                         Dean R. Prober
Nancy J. Whaley                          Po Box 8005                                    Prober & Raphael, A Law Corporation
Standing Chapter 13 Trustee              Cleveland, TN 37320-8005                       Suite 100
303 Peachtree Center Avenue, NE                                                         20750 Ventura Blvd.
Suite 120 - Suntrust Garden Offices                                                     Woodland Hills, CA 91364-6207
Atlanta, GA 30303-1216

Eric W. Roach                            Howard P. Slomka                               The Southland Owners Association, Inc.
Nancy J. Whaley                          Slipakoff & Slomka, PC                         c/o Lazega & Johanson
Standing Chapter 13 Trustee              Overlook III - Suite 1700                      P.O. Box 250800
303 Peachtree Center Ave.                2859 Paces Ferry Rd, SE                        Atlanta, GA 30325-1600
Suite 120                                Atlanta, GA 30339-6213
Atlanta, GA 30303-1286

U. S. Attorney                           U.S. Department of Housing and Urban Develop   Us Auto Finance/us Aut
600 Richard B. Russell Bldg.             451 7th Street S.W.                            824 N Market St Ste 220
75 Ted Turner Drive, SW                  Washington, DC 20410-0002                      Wilmington, DE 19801-3024
Atlanta GA 30303-3315


Virtuoso Sourcing Grou                   Nancy J. Whaley                                Ryan J. Williams
4500 E Cherry Creek Sout                 Nancy J. Whaley, Standing Ch. 13 Trustee       Nancy J. Whaley
Denver, CO 80246-1500                    303 Peachtree Center Avenue                    Standing Chapter 13 Trustee
                                         Suite 120, Suntrust Garden Plaza               303 Peachtree Center Avenue
                                         Atlanta, GA 30303-1216                         Suite 120
                                                                                        Atlanta, GA 30303-1286

Janet L Womack
Jones, Morrison & Womack, P.C.
Suite 3175
101 Marietta Street NW
Atlanta, GA 30303-2736
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
1800 Century Blvd
Suite 17200
Atlanta, GA 30345

Jefferson Capital Systems LLC
PO Box 7999
St Cloud MN 56302-9617


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank Of America, N.A.

(d)Jana C Jones
4140 John Alden Court
Stone Mountain, GA 30083-4719

(u)The Southland Owners Association, Inc.


End of Label Matrix
Mailable recipients    27
Bypassed recipients     3
Total                  30