## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE:<br>**ROBERT MICHAEL JONES** | )<br>)<br>)<br>) | **CHAPTER 13**<br>**CASE NUMBER A16-63129-WLH** |
| **DEBTOR(S)** | | |

### TRUSTEE'S SUPPLEMENTAL REPORT
### REQUESTING DISMISSAL

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled matter, and respectfully shows the Court as follows:

The debtor(s) filed this case July 29, 2016.

The debtor(s) confirmation hearing was held on February 15, 2017.

The debtor(s) case was confirmed on February 28, 2017.

**The Trustee has reviewed the case as instructed and the debtor has failed to comply with the directions and orders of the Court.**

The debtor was ordered to remit timely payments to the Trustee on a strict compliance basis. The debtor has failed to do so. Attached as "Exhibit A" is the payment history of the debtor since filing.

**PLEASE ENTER AN ORDER OF DISMISSAL.**

This the 19th day of June, 2018

/s/_____

Ryan J. Williams
Attorney for the Chapter 13 Trustee
State Bar No. 940874
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

## EXHIBIT "A"

Case No:  A16-63129-WLH                                    June 15, 2018
ROBERT MICHAEL JONES

## RECEIPT  HISTORY

| DATE | TYPE | SOURCE | AMOUNT |
|------|------|--------|--------|
| December 06, 2017 | M.O. | 23838672881 | $1,000.00 |
| December 06, 2017 | M.O. | 23838672903 | $400.00 |
| December 06, 2017 | M.O. | 23838672892 | $1,000.00 |
| October 31, 2017 | M.O. | 23838659526 | $1,000.00 |
| October 31, 2017 | M.O. | 23838659537 | $1,000.00 |
| October 31, 2017 | M.O. | 23838659548 | $400.00 |
| October 02, 2017 | M.O. | 17651547273 | $1,000.00 |
| October 02, 2017 | M.O. | 17651547274 | $1,000.00 |
| October 02, 2017 | M.O. | 17651547275 | $400.00 |
| July 31, 2017 | M.O. | 17626355756 | $400.00 |
| July 31, 2017 | M.O. | 17626355755 | $1,000.00 |
| July 31, 2017 | M.O. | 17626355754 | $1,000.00 |
| July 05, 2017 | M.O. | 24616323911 | $1,000.00 |
| July 05, 2017 | M.O. | 24616323922 | $1,000.00 |
| July 05, 2017 | M.O. | 24616323933 | $400.00 |
| May 31, 2017 | M.O. | 17580828458 | $500.00 |
| May 31, 2017 | M.O. | 17580828457 | $500.00 |
| May 31, 2017 | M.O. | 17580828460 | $500.00 |
| May 31, 2017 | M.O. | 17580828459 | $500.00 |
| May 31, 2017 | M.O. | 17580828461 | $400.00 |
| May 08, 2017 | M.O. | 24292240402 | $405.00 |
| May 08, 2017 | M.O. | 24292240391 | $1,000.00 |
| May 08, 2017 | M.O. | 24292240380 | $1,000.00 |
| May 04, 2017 | EPAYNSF | 3926073000   - | ($2,405.00) |
| May 01, 2017 | EPAYPR | 3926073000   - | $2,405.00 |
| March 29, 2017 | EPAYPR | 3833852000   - | $2,405.00 |
| February 28, 2017 | M.O. | 17531543418 | $185.00 |
| February 28, 2017 | M.O. | 17531543417 | $1,000.00 |
| February 28, 2017 | M.O. | 17531543416 | $1,000.00 |
| February 08, 2017 | EPAYPR | 3698067000   - | $2,185.00 |
| January 04, 2017 | EPAYPR | 3607342000   - | $2,185.00 |
| November 29, 2016 | EPAYPR | 3510555000   - | $2,185.00 |
| October 31, 2016 | EPAYPR | 3440109000   - | $1,440.00 |
| October 05, 2016 | EPAYPR | 3378654000   - | $280.00 |
| September 27, 2016 | EPAYPR | 3348542000   - | $200.00 |

## EXHIBIT  "A"

Case No:  A16-63129-WLH                                      June 15, 2018
ROBERT MICHAEL JONES

## RECEIPT  HISTORY

| DATE | TYPE | SOURCE | | AMOUNT |
|------|------|--------|---|--------|
| September 21, 2016 | EPAYPR | 3334228000 | - | $1,800.00 |
| September 15, 2016 | EPAYPR | 3320071000 | - | $400.00 |
| August 31, 2016 | EPAYPR | 3282425000 | - | $200.00 |
| | | | | **$32,270.00** |

## CERTIFICATE OF SERVICE

Case No.:  A16-63129-WLH

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Requesting Dismissal by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
ROBERT MICHAEL JONES
5458 MOUNTAIN VIEW PASS
STONE MOUNTAIN, GA  30087

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee'sSupplemental Report Requesting Dismissal through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
SLIPAKOFF & SLOMKA, PC
se@myatllaw.com

This the 19th day of June, 2018

/s/_____
   Ryan J. Williams
   Attorney for the Chapter 13 Trustee
   State Bar No. 940874
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201